UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID RAMOS et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>COMERICA INCORPORATED et al.,<br><br>    Defendants. | Case No. 2:23-cv-06843-SB-JPR<br><br>FINAL JUDGMENT |

    For the reasons stated in the separate order granting Defendants' motion to dismiss the Third Amended Complaint entered this day, Lead Plaintiff Nova Scotia Health Employees' Pension Plan's claims are dismissed on the merits with prejudice.

    This is a final judgment.

Date: October 11, 2024

                                                              Stanley Blumenfeld, Jr.
                                                           United States District Judge