UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 2 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NOVA SCOTIA HEALTH EMPLOYEES' PENSION PLAN, Lead Plaintiff, <br><br>     Plaintiff - Appellant, <br><br> and <br><br> DAVID RAMOS, <br><br>     Plaintiff, <br><br>   v. <br><br> COMERICA INCORPORATED; CURTIS C. FARMER; JAMES J. HERZOG. <br><br>     Defendants - Appellees. | No. 24-7673 <br><br> D.C. No. 2:23-cv-06843-SB-JPR <br><br> Central District of California, Los Angeles <br><br> MANDATE |

The judgment of this Court, entered February 06, 2026, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT